LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'BRIEN, | Case No. C 06 1162 JSW |
| Plaintiff, | STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION |
| v. | AND ORDER THEREON |
| ELI LILLY AND COMPANY, | HON. JEFFREY S. WHITE |
| Defendants. | |

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the entire action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated:_____          Dated: 8/7/06

**LEVIN SIMES KAISER & GORNICK LLP**          **REED SMITH LLP**

_____          _____
Emily Charley                                            James M. Wood
Attorneys for Plaintiff                              Nadia M. Bishop
                                                                Dana M. Reedy
                                                                Attorneys for Defendants
                                                                ELI LILLY AND COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 8, 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge

STIPULATION AND VOLUNTARY DISMISSAL                                              PAGE 1